JAMES M. PETERSON, ESQ. (Bar No. 137837)
peterson@higgslaw.com
EDWIN M. BONISKE, ESQ. (Bar No. 265701)
boniske@higgslaw.com
**HIGGS FLETCHER & MACK LLP**
401 West "A" Street, Suite 2600
San Diego, CA  92101-7913
TEL:  619.236.1551
FAX:  619.696.1410

Attorneys for Defendant
GUILD MORTGAGE COMPANY

**THIERMAN BUCK LLP**
MARK R. THIERMAN, SB#72913
JOSHUA D. BUCK, SB#258325
LEAH L. JONES, SB#276448
JOSHUA R. HENDRICKSON, SB#282180
7287 Lakeside Drive
Reno, Nevada 89511
Tel: 775.284.1500
Fax: 775.703.5027
mark@theirmanbuck.com
josh@thiermanbuck.com
leah@theirmanbuck.com
joshh@thiermanbuck.com

Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO MAYORAL and MIGUEL MAYORAL, on behalf of themselves and all other similarly situated individuals,<br><br>                    Plaintiff,<br><br>v.<br><br>GUILD MORTGAGE COMPANY; and DOES 1 through 50, inclusive,<br><br>                    Defendant. | **Case No.: 3.21-CV-00485-BAS-AHG**<br><br>Assigned for all purposes to the Hon. Cynthia A. Bashant<br><br>**STIPULATION AND JOINT MOTION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. RULE 41(a)(1)(A)(ii)**<br><br>Final Pre-Trial Conference: None Set<br><br>Trial Date: None Set |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD**:

**IT IS HEREBY STIPULATED** by and between Plaintiffs SERGIO MAYORAL and MIGUEL MAYORAL on the one hand, and Defendant GUILD MORTGAGE COMPANY on the other hand, through their undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), that the above-captioned action on file with the above-captioned court in Case No. 3:21-cv-00485-BAS-AHG shall be dismissed as follows:

1. All claims asserted by Plaintiffs SERGIO MAYORAL and MIGUEL MAYORAL in their individual capacity shall be dismissed *with prejudice*.

2. All putative class claims and class allegations shall be dismissed *without prejudice*.

3. Each party shall bear its own costs and attorneys' fees related to the action, and no party shall be considered a prevailing party in this action for any purpose.

Rule 41(a)(1)(A)(ii) provides that a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared. Based on this stipulation, the Parties respectfully request that the Court dismiss the action in accordance with the terms set forth herein.

DATED: July 6, 2021                    HIGGS FLETCHER & MACK LLP


By: *s/ Edwin M. Boniske*
JAMES M. PETERSON
EDWIN M. BONISKE

Attorneys for Defendant
GUILD MORTGAGE COMPANY

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

| | |
|---|---|
| DATED: July 6, 2021 | THIERMAN BUCK LAW FIRM, LLP |

By: *s/ Joshua D. Buck*
MARK R. THIERMAN
JOSHUA D. BUCK

Attorneys for Plaintiffs
SERGIO MAYORAL AND
MIGUEL MAYORAL

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify the content of this document is acceptable to all counsel of record whose signatures are appended hereto, and that I have obtained their authorization to affix such electronic signatures on this document.

| | |
|---|---|
| DATED: July 6, 2021 | HIGGS FLETCHER & MACK LLP |

By: *s/ Edwin M. Boniske*
JAMES M. PETERSON
EDWIN M. BONISKE

Attorneys for Defendant
GUILD MORTGAGE COMPANY

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

10326549.2

3

STIPULATION AND JOINT MOTION TO DISMISS ACTION PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)