# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO MAYORAL; MIGUEL MAYORAL, *on behalf of themselves and all other similarly situated individuals*,<br><br>    Plaintiffs,<br><br>    v.<br><br>GUILD MORTGAGE COMPANY,<br><br>    Defendant. | Case No. 21-cv-0485-BAS-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION**<br><br>**(ECF No. 8)** |

Presently before the Court is the parties' joint motion to dismiss this action. (ECF No. 8.) The Court **GRANTS** the joint motion. Specifically, Plaintiff Sergio Mayoral's and Miguel Mayoral's individual claims are **dismissed with prejudice**. However, the putative class claims and allegations are **dismissed without prejudice** because the Court did not certify a class. Further, each party shall bear its own costs and attorneys' fees related to the action, and no party shall be considered a prevailing party in this action for any purpose. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

**DATED: July 8, 2021**

*Cynthia Bashant*
Hon. Cynthia Bashant
United States District Judge